Maggie F. ANDERSON, Appellant, v. W. P. BOWERS, Individually and as Collector of Internal Revenue for the District of South Carolina, Appellee.

No. 5806.

United States Court of Appeals
Fourth Circuit.

Jan. 15, 1949.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This Court having at its November Term, 1948, rendered its decision, 170 F.2d 676, affirming the judgment of the said District Court appealed from in this cause, 77 F.Supp. 980, and the appellant having on January 6, 1949, filed a petition for a rehearing of the said cause, and the same having been carefully considered,

The court holds that nothing in its opinion was intended to prejudice the appellant in any other action not now before this court which she has brought or may hereafter bring for a refund on the income tax paid by her for the calendar year 1943; and nothing in its opinion was intended to prescribe the conditions precedent to such an action. With this understanding, the rehearing asked for is denied.

Let mandate issue after the expiration of five days.

Elliot B. PALEY et al., Trustees,
Plaintiffs, Appellants,

v.

BETHLEHEM STEEL COMPANY,
Defendant, Appellee.

No. 4768.

United States Court of Appeals
First Circuit.

Jan. 21, 1954.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

Pern E. Henninger, New York City, Thomas J. Byrne, New York City, and Hale, Sanderson, Byrnes & Morton, Boston, Mass., on brief, for appellants.

Arthur Raisch, Detroit, Mich., William J. Barnes, New York City, and Fish, Richardson & Neave, Boston, Mass., on brief, for appellee.

PER CURIAM.

The complaint here sought injunctive relief and damages on account of an alleged infringement by defendant of Claims 10, 11, 12 and 13 of Reissue Patent No. 22,091 entitled "Sheathing System" granted to Nicholas Rippen on May 5, 1942. Without passing on issues of validity, the district court found, on ample evidence, that defendant's methods and structures did not infringe any of the claims in suit. Judgment was therefore entered dismissing the complaint. We agree with the conclusion of the district court, and do not see that anything could be usefully added to the discussion in Judge Wyzanski's opinion. 114 F.Supp. 579.

The judgment of the District Court is affirmed.